UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-116 |
| ) | |
| NORTHSTAR LOCATION SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ERIC MARTIN ("Plaintiff"), through his attorneys, AGRUSS LAW FIRM, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss
Agruss Law Firm, LLC
22 W. Washington Street
Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On March 13, 2014, this Notice of Settlement was electronically filed with the Clerk of the U.S. District Court. A copy of said settlement was e-mailed to Defendant's counsel, Lisa Leising, at lleising@northstarlocation.com.

By: /s/ Michael S. Agruss
Michael S. Agruss