**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| ERIC MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-116 |
| ) | |
| NORTHSTAR LOCATION SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ERIC MARTIN, through his attorneys, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NORTHSTAR LOCATION SERVICES, LLC.

RESPECTFULLY SUBMITTED,

April 8, 2014                By: /s/ Michael S. Agruss_____
                                Michael S. Agruss
                                Agruss Law Firm, LLC
                                22 W. Washington Street
                                Suite 1500
                                Chicago, IL 60602
                                Tel: 312-224-4695
                                Fax: 312-253-4451
                                michael@agrusslawfirm.com
                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On April 8, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Linda Leising, at lleising@northstarlocation.com.

                        By: /s/ Michael S. Agruss_____
                            Michael S. Agruss